## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOEL JEFFRIES and COLLEEN JEFFRIES )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>5 STAR FLASH, INC., d/b/a FLASH CAB CO., )<br>an Illinois Corporation, and 303 TAXI, LLC, an )<br>Illinois Limited Liability Company, )<br>)<br>    Defendants. )<br>_____ ) | CASE NO. 07 C 3394 |

### AFFIDAVIT OF HENRY ELIZAR

I, Henry Elizar, am over 18 years of age and make the following statements on my own personal knowledge under oath and, if sworn as a witness, I could testify competently to the following matters:

1. I am the President of 5 Star Flash, Inc. ("5 Star Flash"), an Illinois corporation. As such, I have authority to make this affidavit on 5 Star Flash's behalf.

2. Since 5 Star Flash's incorporation on August 6, 2001, it has been engaged solely in the business of providing dispatch services to its subscribers or "affiliates" for a flat monthly fee.

3. 5 Star Flash only provides dispatch services to taxis licensed to operate in the city of Chicago.

4. 5 Star Flash's affiliates are taxicab owners of individual taxicabs or of multiple taxicabs that enter into an agreement or agreements with 5 Star


EXHIBIT A

Flash to obtain dispatch services and related dispatch equipment for vehicles. The affiliates also have the option of placing the logo and phone number of one of 5 Star Flash's assumed names, such as Flash Cab, onto a vehicle that the affiliate owns, operates or leases to others.

5. Contrary to Plaintiffs' assertion in paragraph 6 of the Complaint, 5 Star Flash has never operated, owned, or maintained a taxi cab.

6. 5 Star Flash has never employed any of its affiliates. 5 Star Flash's relationship with its affiliates is that of independent contractor.

7. 5 Star Flash has never placed any affiliates on its payroll or provided compensation to any of its affiliates.

8. 5 Star Flash has never had the authority to hire, fire, discipline or to otherwise exert any control over its affiliates.

9. 5 Star Flash's affiliates have always been free to solicit and accept business on the streets of any community where properly licensed. At no time has 5 Star Flash ever attempted to restrict its affiliates' freedom to solicit and accept such business.

10. 5 Star Flash has never required its affiliates to provide it with any trip sheets or other records of the activities of their drivers, or otherwise account to 5 Star Flash for amounts collected from passengers.

11. Contrary to Plaintiffs' assertion in paragraph 23 of Count I of the Complaint, 5 Star Flash is not the parent corporation or a corporate affiliate of 303 Taxi, LLC.

- 2 -

Under penalties of perjury and those provided by law pursuant to 28 U.S.C. § 1746, I, Henry Elizar, certify that the statements set forth in this Affidavit are true and correct.

FURTHER AFFIANT SAYETH NOT.

Henry Elizar
President of 5 Star Flash, Inc.

450963.v1

- 3 -