IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOEL JEFFRIES and COLLEEN JEFFRIES )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>5 STAR FLASH, INC., d/b/a FLASH CAB CO., )<br>an Illinois Corporation, and 303 TAXI, LLC, an )<br>Illinois Limited Liability Company, )<br>)<br>Defendants. ) | CASE NO. 07 C 3394 |

## AFFIDAVIT OF DAVE GAUER

I, Dave Gauer, am over 18 years of age and make the following statements on my own personal knowledge under oath and, if sworn as a witness, I could testify competently to the following matters:

1. I am a managing member of 303 Taxi, LLC ("303 Taxi"). As such, I have authority to make this affidavit on behalf of 303 Taxi.

2. 303 Taxi is an Illinois limited liability company with its principal place of business in the City of Mt. Prospect, County of Cook, State of Illinois. It was founded and formed in January, 1994.

3. 303 Taxi is solely in the business of providing taxi dispatch services to its subscribers or "affiliates" for a flat monthly fee.

4. 303 Taxi provides dispatch services to taxis in the suburbs surrounding Chicago.


EXHIBIT A

-1-

5. 303 Taxi enters into written and oral Subscription Agreements with owners of vehicles that are licensed and equipped as taxicabs, 303 provides computer dispatch terminals and affixes large reflective stickers bearing the "303 Taxi" markings as well as additional signage indicating "THIS VEHICLE OWNED BY (registered owner)" and "OWNER AFFILIATED WITH 303 TAXI LLC".

6. Contrary to Plaintiffs' assertion in paragraph 6 of the Complaint, 303 Taxi has never operated, owned, or maintained a taxi cab.

7. 303 Taxi has never employed any of its affiliates. 303 Taxi's relationship with its affiliates is that of independent contractor.

8. 303 Taxi has never placed any affiliates on its payroll or provided compensation to any of its affiliates.

9. 303 Taxi has never had the authority to hire, fire, discipline or to otherwise exert any control over its affiliates.

10. 303 Taxi's affiliates have always been free to solicit and accept business on the streets of any community where properly licensed. At no time has 303 Taxi ever attempted to restrict its affiliates' freedom to solicit and accept such business.

11. 303 Taxi has never required its affiliates to provide it with any trip sheets or other records of the activities of their drivers, or otherwise account to 303 Taxi for amounts collected from passengers.

12. 303 Taxi has never been responsible for the payment of any federal, state and local taxes imposed by law with respect to any income earned by its affiliates.

13. Contrary to Plaintiffs' assertion in paragraph 23 of Count I of the Complaint, 303 Taxi is not a subsidiary or a corporate affiliate of 5 Star Flash, Inc.

Under penalties of perjury and those provided by law pursuant to 28 U.S.C. § 1746, I, Dave Gauer, certify that the statements set forth in this Affidavit are true and correct.

FURTHER AFFIANT SAYETH NOT.

_9-12-07_
Dated

_[signature]_
Dave Gauer
Member of 303 Taxi, LLC.

450980.v1